**GIRARDI | KEESE**
JOHN A. GIRARDI, State Bar No. 54917
jgirardi@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for Marla Liebling

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

MARLA LIEBLING,

       Plaintiff,

    v.

NOVARTIS PHARMACEUTICALS CORPORATION,

       Defendant.

Case No. 2:11-cv-10263-MMM-MRW

**DECLARATION OF ERIC C. SUNG, D.D.S. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

Hearing Date: March 31, 2014
Judge:   Hon. Margaret M. Morrow
Courtroom: 780

[Filed in Support of Plaintiff's Opposition to NPC's Motion for Summary Judgment ]

Case No. 2:11-cv-10263-MMM-MRW

DECLARATION OF ERIC C. SUNG, D.D.S.

## DECLARATION OF ERIC C. SUNG, D.D.S.

I, Eric C. Sung, D.D.S., do hereby declare as follows:

1. I am currently a Professor of Clinical Dentistry and the Subgroup Director of Maxillo-facial Hospital Dentistry at the University of California Los Angeles School of Dentistry.

2. I am also in private practice at the Maxillo-facial and Hospital Dentistry Clinic at the University of California Los Angeles School of Dentistry.

3. Except as to those matters stated on information and belief, I have personal knowledge of the matters contained in this declaration and, if called and sworn as a witness, I could and would testify competently thereto.

4. Attached hereto as **Exhibit 1** is a true and correct copy of my Curriculum Vitae.

5. Attached hereto as **Exhibit 2** is a true and correct copy of my deposition taken on January 29, 2014.

6. In my January 29th, 2014 deposition, I opined on page 88, that Dr. Felsenfeld's findings, specifically the exposure of bone on the right lingual aspect of Ms. Liebling's mandible, which was approximately 3 to 4 millimeters in diameter, was consistent with a diagnosis of Bisphosphonate Related Osteonecrosis of the Jaw (BRONJ).

7. My opinion is based on the definition adopted by the American Association of Oral And Maxillofacial Surgeons, which states that a patient who (i) has had previous treatment with a bisphosphonate (Aredia and/or Zometa), (ii) has exposed necrotic bone which persisted for greater than eight weeks, and (iii) has not had radiation therapy to the jaws, is deemed to have bisphosphonate related osteonecrosis of the jaw (BRONJ).

8. In my January 29th, 2014 deposition, on page 75:5-10, I provided testimony, based on my review of Ms. Liebling's medical records, that Ms. Liebling had exposed bone in her jaw for a period longer than eight weeks.

9. Attached hereto as **Exhibit 3** is a true and correct copy of the report I authored regarding Plaintiff Marla Liebling.

10. In my report, at paragraph 24, I opined that Ms. Liebling has a history of osteonecrosis

DECLARATION OF ERIC C. SUNG, D.D.S.

of the jaw due to her treatment with Aredia and Zometa.

11.    My opinions are based on my review of the relevant medical and dental records of Ms. Liebling.  In addition, I have relied on my education, training, research and experience, as well as my knowledge and understanding of the relevant scientific literature.

12.    As set forth in my report and deposition transcript, I performed a differential diagnosis in forming my opinion that Ms. Liebling suffers from BRONJ as a result of her Aredia/Zometa treatment.

13.    I understand the report I authored with respect to Ms. Liebling has been produced as evidence to support the Opposition to Novartis Pharmaceuticals Corporation's Motion for Summary Judgment.

14.    I spent approximately six hours preparing the report on Ms. Liebling and can attest that my findings are true and correct based on the available scientific literature on BRONJ and the differential diagnosis I performed.

15.    In conjunction with performing this assignment I have reviewed Ms. Liebling's dental records from Drs. Yoshioka, Westernoff, Felsenfeld, Picone, and Chung.

16.    I have also reviewed the medical records from Pain and Addiction Integrated Network, Inc., Torrance Orthopedic and Sports Medicine Group, Orthopaedic Institute, Angeles Clinic, Redwood Regional Oncology, St. John's Hospital, Southern California Head and Neck Medical Group, Drs. Martino, Griffiths, Chavez, Burnam, and Bukata.

17.    I have also reviewed the deposition summaries from Drs. Martino, Yoshioka, Westernoff, Chaves, Huber, Zinar, and Ms. Liebling.

//

//

//

//

//

//

1

Case No. 2:11-cv-10263-MMM-MRW

DECLARATION OF ERIC C. SUNG, D.D.S.

18.    Based upon my education, training, and experience, as well as my review of the extensive medical and dental records, and the depositions, and further based on my extensive clinical experience, which has included patients with diagnoses of Bisphosphonate Related Osteonecrosis of the Jaw, and after considering the components of a differential diagnosis, I form the opinion that Marla Liebling has Bisphosphonate Related Osteonecrosis of the Jaw as a result of the use of Aredia and Zometa.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of March, 2014 at Los Angeles, California.


_____
Eric C. Sung, D.D.S.

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 26th day of March, 2014, served a true and correct copy of the foregoing by operation of the Court's Electronic Case Filing System on all counsel of record in case number 2:11-cv-10263-MMM-MRW

/s/ John A. Girardi
John A. Girardi, Esq.